R E C E I V E D

SEP - 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| MEDRIC AYCHE | CIVIL ACTION NO. 17-0137 |
| -vs- | JUDGE DRELL |
| JIMMY LEBLANC, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## O R D E R

This case is hereby transferred to Judge James T. Trimble, Jr. for disposition.

SIGNED on this ___1st___ day of September, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT