RECEIVED
OCT 2 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MEDRIC AYCHE (#487663), Plaintiff | CIVIL ACTION NO. 1:17-CV-137-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| LASALLE CORRECTIONS, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the captioned matter is hereby DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 25th day of October, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE